UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAROLD LAMAR CUMMINGS, JR.,

        Plaintiff,

v.                    Case No. 3:05-cv-232-J-16MCR

THE CITY OF MELBOURNE
POLICE DEPARTMENT, et. al,

        Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On April 22, 2005, the Court ordered Plaintiff to file an amended complaint and to submit one copy of the amended complaint for each named Defendant. Further, the Court notified Plaintiff that failure to do so within twenty days of the order would result in the dismissal of this action without further notice. As of the date of this Order, Plaintiff has not responded.

Therefore, it is now

**ADJUDGED:**

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court shall enter judgment dismissing this case without prejudice, and close this case.

3. The **Clerk of Court** shall send a "Civil Rights Complaint Form," an "Affidavit of Indigency" form, and a "Prisoner Consent Form and Financial Certificate" to Plaintiff. If Plaintiff elects to refile his claims in a separate action, he may complete and submit these forms. Plaintiff should not place this case number on

the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims. In refiling, Plaintiff shall **either** file a fully completed "Prisoner Consent Form and Financial Certificate" and "Affidavit of Indigency" (if Plaintiff desires to proceed as a pauper) **or** pay the $250.00 filing fee (if Plaintiff does not desire to proceed as a pauper).

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of May, 2005.

JOHN H. MOORE II
United States District Judge

ps 5/17
c:
Harold Lamar Cummings, Jr.

2