UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAROLD LAMAR CUMMINGS, JR.,

        Plaintiff,

v.                                     Case No. 3:05-cv-232-J-16MCR

OFFICER FRANCIS CARTER,
etc.; et. al,

        Defendants.

### ORDER

On April 22, 2005, the Court ordered Plaintiff to file an amended complaint within twenty days of the order. On May 17, 2005, the Court dismissed this case without prejudice for Plaintiff's failure to comply with the April 22, 2005, order. However, it is now clear that Plaintiff timely handed his Amended Complaint (Doc. #13) to prison authorities for mailing to this Court on May 12, 2005.[1]

Therefore, it is now **ADJUDGED:**

1. The Court's Order of Dismissal Without Prejudice (Doc. #11) is hereby **VACATED**.

2. The Clerk of the Court shall **REOPEN** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of May, 2005.

JOHN H. MOORE II
United States District Judge

ps 5/20
c:
Harold Lamar Cummings, Jr.

---

[1] The Amended Complaint was filed in this Court on May 16, 2005; however, at the time the dismissal order was signed, the undersigned did not know that it had been filed because it was not docketed until May 18, 2005.